NO. SCWC-30148

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

STATE OF HAWAI'I, Respondent/Plaintiff-Appellee

vs.

ROBIN R. GRANT, Petitioner/Defendant-Appellant

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CASE NOS. 1DTC-07-088262, 1DTC-07-062536,
1DTC-08-009885, & 1DTC-08-038684)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By:  Acoba, J., for the court[1])

The Application for Writ of Certiorari filed on

June 13, 2011 by Petitioner/Defendant-Appellant Robin R. Grant is

hereby rejected.

DATED:  Honolulu, Hawai'i, July 18, 2011.

FOR THE COURT:

/s/ Simeon R. Acoba, Jr.

Associate Justice



Walter J. Rodby for
petitioner/defendant-
appellant, on the application.

---

[1]     Considered by:  Recktenwald, C.J., Nakayama, Acoba, Duffy, and McKenna, JJ.